EL PUEBLO DE PUERTO RICO, demandante y apelado, *v.* EDUARDO BOCANEGRA LÓPEZ, acusado y apelante.

Núm. 6822.—*Sometido:* Diciembre 9, 1937. *Resuelto:* Diciembre 16, 1937.

*Rafael S. Vidal,* abogado del apelante; *R. A. Gómez, Fiscal,* abogado de El Pueblo, apelado.

EL JUEZ ASOCIADO SEÑOR HUTCHISON emitió la opinión del tribunal.

Bocanegra fué convicto por una corte municipal del delito de portar armas. Al ser llamado el juicio *de novo* ante la corte de distrito, él hizo la alegación de culpable y fué sentenciado a seis meses de cárcel. La única cuestión ante nos es si la corte de distrito abusó de su discreción al imponerle la pena máxima.

El apelante invoca la regla establecida en el caso de *El Pueblo* v. *Laureano,* 34 D.P.R. 209. En dicho caso este tribunal dijo:

"No tenemos aquí las pruebas. No se practicaron, porque el acusado se confesó culpable. Sólo está ante nosotros la acusación como estuvo ante la corte de distrito y lá verdad es que examinándola no surge de ella circunstancia alguna que tienda a agravar la infracción cometida. Se imputa un hecho corriente y a nuestro juicio, en tales casos, no está justificada la imposición del máximo de la pena . . . ."

En la denuncia del presente caso se alegaba que Bocanegra, hallándose en estado de embriaguez, portaba sobre su persona, para fines de ofensa y defensa, una daga amolada con la cual amenazaba a las personas que a su paso encontraba, dando con la misma varios machetazos sobre el mostrador de Juan Alicea, conocido por "Guito". En su consecuencia, los hechos no hacen caer el presente caso dentro de

la doctrina de *El Pueblo* v. *Laureano*. Bocanegra estaba en actitud violenta; Laureano no.

No hallamos tal abuso de discreción que justifique la modificación de la sentencia y, en su consecuencia, la misma *debe ser confirmada.*

Los Jueces Presidente Señor Del Toro y Asociado Señor Córdova Dávila no intervinieron.